NUMBER 13-07-231-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


OLIVERIO GUERRA, Appellant,


v.



MARIA DE LOS ANGELES GUERRA, Appellees.

___________________________________________________________________


On appeal from the 275th District Court 


of Hidalgo County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam




 Appellant, OLIVERIO GUERRA, perfected an appeal from a judgment entered by
the 275th District Court of Hidalgo County, Texas, in cause number F-4268-05-E. 
After the clerk's record was filed and after the case was referred to mediation, the
parties filed a joint motion to reverse and remand. In the motion, the parties state that
all matters in controversy have been settled and compromised. The parties desire that
the cause be remanded to the district court so that their agreement can be
incorporated into a new judgment.

 The Court, having examined and fully considered the documents on file and the
parties' joint motion, is of the opinion that the motion should be granted. The joint
motion is granted, and the judgment of the trial court is hereby REVERSED and the
cause is REMANDED to the trial court in accordance with the parties' settlement
agreement. 

 PER CURIAM

Memorandum Opinion delivered and filed this

the 16th day of August, 2007.